# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, et al., : <br> Plaintiffs, : <br> v. : <br> : <br> DEFENSE DISTRIBUTED, et al., : <br> Defendants. : | Civ. No. 18-3208 |

## O R D E R

**AND NOW**, this 30th day of July, 2018, as stated during the telephonic hearing held on July 29, 2018, it is hereby **ORDERED** as follows:

1. Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction (Doc. No. 2) is **DENIED as moot** in light of Defendants' agreement to refrain from posting new information and to block all challenged information from being accessed in Pennsylvania; and

2. Plaintiffs shall **FILE** an Amended Complaint and Motion for Preliminary Injunction <u>no later than</u> 5 p.m. on July 30, 2018.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
_____
Paul S. Diamond, J.