Case 2:18-cv-03298-PD   Document 6-1   Filed 07/30/18   Page 2 of 19

# EXHIBIT A

**UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, GOVERNOR TOM WOLF, ATTORNEY GENERAL JOSH SHAPIRO, and PENNSYLVANIA STATE POLICE,<br><br>Plaintiffs,<br><br>v.<br><br>DEFENSE DISTRIBUTED, DEFCAD, GHOST GUNNER and CODY WILSON,<br><br>Defendants. | CIVIL ACTION NO: 2:18-cv-03208-PD |

## DECLARATION OF JASON JACKSON

I, Jason Jackson, being of majority age, hereby submit this declaration in the above-captioned matter and, in support thereof, state as follows:

1. I am 43 years old, am a gun enthusiast, and I live in Pennsylvania.

2. I am presently employed as an IT Security Architect at the Pennsylvania Office of Attorney General.

3. As a result of my education and work and life experience, I have in-depth knowledge, understanding and experience in the areas of computer security, 3D printing and firearms.

### A. Educational and Work Background

4. In high school I took a specialized curriculum with a focus in computer science that gave me on-the-job training, starting with the State of Alaska; I have also taken computer science classes at the University level.

5. I also have more than 25 years' work experience in the fields of computers, computer networking and computer security.

6. In 1993, after high school, I went into the U.S. Army Reserves where I was a Multi-Channel Communications Systems Operator with the 99 Reserves Support Command.

7. I served with the Army until I was honorably discharged in 2000.

8. I have worked with the FBI's White Collar Crime Center, and in security deployments for Legg Mason, Citi Bank, and other large financial institutions.

9. I joined the Pennsylvania Office of Attorney General in early 2007 as a Network Systems Administrator and currently serve as a Network Security Architect.

## B. Gun Enthusiast

10. I own approximately 25 guns.

11. They are a broad range of gun types, including handguns and rifles. Among them, I have an AR-15, a 22 caliber handgun, and a 44 magnum.

12. I shoot regularly and own guns for personal safety and target practice.

13. I am a member of a local gun club and have held a Pennsylvania concealed carry permit for about 6 years.

## C. 3D Printing Enthusiast

14. I have been aware of and following 3D printing technology for about 5 years.

15. I purchased my first 3D printer about 4 years ago for about $140.

16. I have bought 2, 3D printers and built about 4 of them.

17. I have printed pieces of a gun, including the receiver from my 3D printer.

18. When you print guns, no serial numbers are required to be printed.

2

19.    I have also printed various other items such as air conditioner knobs for cars, tool and remote control holders, a paper towel holder, iPhone cases, and toys such as a doll bed and a fidget spinner.

**D. 3D Printers**

20.    3D printers have a metal "hot end" or extruder that serves as the head of the printer, the part with extrudes the bits of filament that form the object.

21.    They also have a "heat bed," which is the bottom of the printer.

22.    Different models work differently, but between the movements of the hot end and the heat bed at the top and bottom of the devise, the printer can move along all 3 axes (x, y and z) so it can move and "print" in 3 dimensions.

23.    3D printers print with "filament" rather than ink.

24.    There are two basic types of filament: PLA, which is biodegradable vegetable oil based,; and ABS, which is the type of plastic that a car bumper might be made out of.

25.    Both types of filament come in spools with a standard size/weight of one kilogram per spool.

26.    A spool of either PLA or ABS filament costs about $15-$20.

27.    It is possible to print a 3D gun with less than 1 spool of filament – for less than $15-$20.

**E. 3D Printer Computer Files**

28.    Like a two-dimensional computer printer prints from Microsoft Word or other computer files, 3D printers print three-dimensional objects, also from computer files.

29.    The most common file extension for a 3D printable file is .stl. Some other 3D printable extensions are .gcode and .obj.

30.     Files with extensions like .sldprt are Solid Works computer assisted design (CAD) files; those are for "blueprints" or "plans" but they cannot be printed directly to a 3D printer.

31.     In theory, it is technically possible to convert a .sldprt file to a file that could, after conversion, be printed to a 3D printer – but that would take someone with extensive technical knowledge months or even years to convert the plans for just one gun part to .stl or other 3D-printable file extension so they could be printed.

### F. Defendants

32.     I have visited the Defendants' websites from Pennsylvania multiple times in the last week – including today after the Defendants, yesterday evening, said they would block access to their websites for everyone in Pennsylvania.

33.     In visiting Defendant's websites, I have never been required to type in my age, identification, criminal background status or whether or not I had a carry permit.

34.     To my knowledge, with only one exception, all of the files presently on the Defendants' websites are .sldprt-type files, not .stl files; these are blueprints or plans and not guns or gun parts that are printable directly to a 3D printer.

### G. It Is Impossible to Completely Block Access to Defendants' Websites Only in Pennsylvania – The Only Way to Completely Prevent Pennsylvanians from Accessing What the Defendants Post on Their Websites Is to Shut Down the Website Entirely.

35.     Yesterday, the Defendants agreed to block access to their websites for everyone in Pennsylvania.

36.     They are not and cannot do so. Completely blocking access to the Defendants' websites for everyone in Pennsylvania is technologically impossible.

37. The Defendants said yesterday that they would block the IP addresses of certain computers from accessing their websites based on "geolocation" or where those IP addresses appear to their websites to be located.

38. But type of geolocation blocking is easy to get around for anyone with even basic computer knowledge.

39. There are two main ways to get around the kind of blocking that the Defendants said they are doing for Pennsylvanians: (1) web proxy; and (2) anonymous VPN – and there are other, as well. Both web proxy and anonymous VPN mask the source and location of the actual IP addresses of the location of the computer to make the website that the user is trying to access believe that the requestor is in a different location. Both are available for free on the internet.

40. With web proxy, the user just goes to a different website and types in the address of the blocked webpage where they want to go. That request is sent from the web proxy website, so the website the user wants to access believes that the server of the web proxy website, which is in a different geolocation, is trying to access the page, not the user's actual server or IP address.

41. Web proxy websites are commonly accessible and take only seconds to use.

42. With anonymous VPN, the user downloads a program or "client" to his or her computer. That program redirects all of the user's internet traffic to another internet connection in another state or country. Once it is set up, it remains in place.

43. This technology is widely available and can be set up in a matter of minutes.

44. While might be possible for the Defendants to block some of the users in Pennsylvania who were trying to access their "blocked" website by using web proxy or VPN, it would be impossible for the Defendants to block all of them.

45. For example, the Defendants could try to preemptively block attempts to access their websites from the most popular web proxy websites. But there are many other web proxy websites, including some that are quite obscure. Any new web proxy websites can crop up at any time. It would be impossible to block traffic from all of them.

46. It would be even harder for the Defendants to try to preemptively block attempts to access their websites through anonymous VPN. In theory, the Defendants could monitor the IP addresses from which their websites appear to be accessed and selectively block any such IP addresses that seem suspicious. But this would be imperfect and, in order for the Defendants to review and manually block these IP addresses, the IP addresses would have had to have accessed the Defendants' websites first.

47. In addition to web proxy and anonymous VPN, there are various other, more sophisticated ways for users in Pennsylvania to bypass how the Defendants' said they are attempting to block Pennsylvania users through geolocation. These methods are even harder to try to block.

48. As with web proxy and anonymous VPN, none of these other methods can be completely blocked.

49. In my expert opinion, the only way to effectively block access to Defendants' websites to Pennsylvania users is to shut down their websites entirely, on a national basis.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: July 30, 2018 _____Jason R Jackson_____

6

Case 2:18-cv-03298-PD   Document 1-2   Filed 07/31/18   Page 9 of 19

# EXHIBIT B

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

Commonwealth of Pennsylvania, :
Governor Tom Wolf, Attorney General Josh :
Shapiro, and Pennsylvania State Police, : Civil Action No.
     Plaintiffs :
          : Jury Trial Demand
   v.       :
          :
Defense Distributed, Defcad, Ghost Gunner :
and Cody Wilson,     :
     Defendants :

## Affidavit

I, Major Scott Price, do swear and affirm the following:

1. I am currently employed by the Pennsylvania State Police (PSP) as the Deputy Commissioner of Administration and Professional Responsibility. I have been an enlisted member of the PSP for thirty years.

2. Prior to assuming my current position with PSP, I was the Director of the Bureau of Records & Identification. I served the Bureau in both the major and captain ranks for five years. One of the responsibilities of the Bureau is to administer the Pennsylvania Instant Check System (PICS), as part of the Pennsylvania Uniform Firearms Act (UFA).

3. Because Pennsylvania is a "full point of contact" state, the PICS database checks for both federal and state prohibitions against possessing a firearm, whenever a person attempts to buy a firearm through a licensed firearms dealer in Pennsylvania.

4. Both federal and state laws prohibit certain persons from possessing firearms. These persons include: felons, and persons who have committed certain other enumerated offenses; persons under 18 years of age; fugitives from justice; persons who have been adjudicated as incompetent or who have been involuntarily committed to a mental institution; aliens; persons who are subject to active protection from abuse orders; persons who have been adjudicated delinquent as a juvenile under certain sections; persons who have committed certain domestic abuse offenses; and persons who are users of or addicted to controlled substances ; among other categories. (See 18 Pa.C.S.§ 6105 and 18 U.S.C. § 922.)

5. The "downloadable guns", that Defendant Defense Distributed promises to make available to any person, constitute "firearms" under the Pennsylvania Uniform Firearms Act and the Federal Gun Control Act. Therefore, if individuals who are

prohibited from possessing a firearm, because of the prohibitions in 18 Pa.C.S. § 6105 and 18 USC § 922, download these guns, it would constitute a violation of Pennsylvania and Federal law.

6. Cody Wilson, the owner of Defense Distributed, may personally be subjected to criminal penalties under § 6105 of the UFA, depending on his background, or aiding and abetting others to violate the UFA.

7. The licensing sections of the UFA require persons to obtain licenses to carry guns in any vehicle, or to carry concealed firearms, in most circumstances. The licensing procedure in the UFA requires an applicant to fill out an application, and undergo a criminal history record check, as well as a background check for "character and reputation" under § 6109 of the UFA. If Defense Distributed does not monitor who downloads guns from their website, they may be aiding and abetting persons to violate the licensing provisions of the UFA.

8. The downloadable guns available from Defense Distributed are transported, shipped, received, and possessed without serial numbers. Such firearms are difficult to identify and trace when utilized in the commission of a crime. This jeopardizes public safety.

9. Moreover, because downloadable guns available from Defense Distributed are made of thermoplastic materials, they are capable of evading security machines at airports, courthouses, and other locations, thereby violating federal law.

10. Effectively, downloading a gun from Defense Distributed allows criminals and other prohibited persons to possess a gun and carry it concealed without a license, thereby violating both state and federal gun statutes. It also allows a criminal to carry such a gun undetected through security machines in violation of federal law.

Date: July 30, 2018

Major Scott Price
Acting Deputy Commissioner of
Administration and Professional
Responsibility
Pennsylvania State Police

SUBSCRIBED AND SWORN TO BEFORE ME on this 30th day of July, 2018, to certify which witness my hand and seal.

Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Carolee A. Fomback, Notary Public
Susquehanna Twp., Dauphin County
My Commission Expires March 23, 2019

Case 2:18-cv-03208-PD   Document 6-12   Filed 07/30/18   Page 11 of 18

# EXHIBIT C

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, GOVERNOR TOM WOLF, ATTORNEY GENERAL JOSH SHAPIRO, and PENNSYLVANIA STATE POLICE,<br><br>               Plaintiffs,<br><br>   v.<br><br>DEFENSE DISTRIBUTED, DEFCAD, GHOST GUNNER and CODY WILSON,<br><br>               Defendants. | CIVIL ACTION NO: 2:18-cv-03208-PD |

## DECLARATION OF TARYN LIEBTAG

I, Taryn Liebtag, hereby submit this declaration in connection with the above matter:

1.      I am a Consumer Protection Agent with the Pennsylvania Office of Attorney General, Bureau of Consumer Protection, Philadelphia Regional Office.

2.      I hereby state that I am a competent person over the age of 18.

3.      On July 27, 2018, I visited https://www.defdist.org. The website claims that Defense Distributed is a "non-profit, private defense firm principally engaged in the research, design, development, and manufacture of products and services for the benefit of the American rifleman."

4.      The above-mentioned site provides links for and are affiliated with https://www.defcad.com/ and https://ghostgunner.net/. The main page of the site announces that on August 1, 2018 "Defense Distributed relaunches DEFCAD after reaching a settlement agreement with the US Department of State, concluding a multi-year federal lawsuit. The age of the downloadable gun formally begins."

5.      I visited another portion of the site, https://membership.defdist.org/, which explains that "LEGIO is Defense Distributed's political and technical fraternity; the primary sponsor of our research and development. Legionnaires do more than "protect" the Second Amendment. They fund its direct, material expansion with Defense Distributed."

6.      On July 29, 2018 I became a member of Defense Distributed. The membership form requests a potential members name, address, state, country, and zip code, but only requires an email address, username, and password. I was not asked for proof of age, or to verify that I held a valid gun license or permit, or to verify that I had passed the requisite background checks. I paid for a $5 monthly membership via Visa gift card and was asked to provide the card number, expiration date, Card Verification Code (CVC), and zip code. I input the required information and chose a Philadelphia zip code. I received an email shortly thereafter welcoming me to Defense Distributed.

7.      On July 30, 2018 I created two additional memberships with Defense Distributed. Each time, the membership form requested a potential member's name, address, state, country, and zip code, but only required an email address, username, and password. I was not asked for proof of age, or to verify that I held a valid gun license or permit, or to verify that I had passed the requisite background checks. I paid for a $5 monthly membership via Visa gift card and was asked to provide the card number, expiration date, Card Verification Code (CVC), and zip code. I input the required information and chose a Philadelphia zip code. On each occasion, I received an email shortly thereafter welcoming me to Defense Distributed.

8.      On July 27, 2018, I visited the Ghost Gunner website www.ghostgunner.net. The website is primarily a shopping site where consumers can purchase the Ghost Gunner 2 (a general purpose CNC mill) as well as the "lowers" of an AR-15, AR-308, M1911 and Polymer 80 Glock.

They also sell software for the Ghost Gunner, jig sets, and milling tools. The site describes the Ghost Gunner as follows:

"Ghost Gunner is specially designed to manufacture a growing library of mil-spec 80 percent lowers to completion. With simple tools and point and click software, the machine automatically finds and aligns to your 80% lower to get to work. No prior CNC knowledge or experience is required to manufacture from design files. Legally manufacture unserialized rifles and pistols in the comfort and privacy of home."

9.   I visited the DEFCAD website https://www.defcad.com/ on July 27, 2018. DEFCAD describes itself as "an online library and CAD model repository dedicated to the advancement of American gunsmithing and the expansion of the Second Amendment. Users, professionals and amateurs alike, are invited to download and contribute small arms technical data without restriction." They go on to say that the site is "administered by Defense Distributed and legally authorized to commit its hosted materials to the public domain by the US Department of State."

10.   On July 27, 2018 I became a member of DEFCAD. The membership form only requires a valid email address and for the user to create a username and password. Shortly after inputting my email address and creating an account, I received an email welcoming me to DEFCAD. I was not asked for proof of age, or to verify that I held a valid gun license or permit, or to verify that I had passed any requisite background checks. I reviewed the library of files for downloadable guns, which include the 10/22, 1911, AR-10, AR-15 and Beretta M9. When I attempted to download the file for the Beretta M9 and the 1911, I received the same message: "File will be available Aug. 1".

11.   On July 28, 2018 I again attempted to download the files for the Beretta M9 and

3

1911. I was able to download zip files which included numerous files relating to the parts of each gun.

12.    On July 30, 2018, I attempted to access the DEFCAD website but was unable to do so. I received the following error: "451: We're sorry, but DEFCAD has been blocked in your location". I then visited the site https://us.hideproxy.me, a free web proxy that provides access to blocked websites and enables users to surf the web anonymously. I input https://www.defcad.com/, and was able to access the website. I then created two additional DEFCAD accounts. Each time, the membership form only required a valid email address and for the user to create a username and password. Shortly after inputting my email address and creating an account, I received an email welcoming me to DEFCAD.  I was not asked for proof of age, or to verify that I held a valid gun license or permit, or to verify that I had passed any requisite background checks. I reviewed the library of files for downloadable guns, which include the 10/22, 1911, AR-10, AR0-15 and Beretta M9.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

TARYN LIEBTAG
*Consumer Protection Agent*

Dated:  July 30, 2018

4

# EXHIBIT D

Case 2:18-cv-03208-PD Document 61 Filed 07/30/18 Page 17 of 18

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

COMMONWEALTH OF
PENNSYLVANIA, GOVERNOR TOM
WOLF, ATTORNEY GENERAL JOSH
SHAPIRO, and PENNSYLVANIA STATE
POLICE,

               Plaintiffs,

    v.

DEFENSE DISTRIBUTED, DEFCAD,
GHOST GUNNER and CODY WILSON,

               Defendants.

CIVIL ACTION NO: 2:18-cv-03208-PD

## DECLARATION OF MELANIE HARRIS

I, Melanie Harris, hereby submit this declaration in connection with the above matter:

1. I am the Chief Information Officer ("CIO") for the School District of Philadelphia. I have held that title for over ten years.

2. As CIO, I am responsible for all aspects of technology equipment, hardware, software, systems, and related services.

3. The Philadelphia School District encompasses 221 schools.

4. There are approximately 130,000 students currently enrolled in the Philadelphia School District.

5. Three dimensional ("3D") printers are available to students in approximately 26 Philadelphia School District schools.

6. In schools where these printers are available, students have supervised access to them based on classroom and use schedules.

7. A 3D printer is currently available to the Philadelphia School District in the

approximate price range of $200-$3,000.00.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Melanie D. Harris

Dated: July 30, 2018

2