## CERTIFICATE OF SERVICE

I, Jonathan Scott Goldman, Executive Deputy Attorney General, do hereby certify that I caused to be served the foregoing document via the following:

VIA Email and First Class U.S. Mail
Matthew A. Goldstein, Esquire
SNELL & WILMER
The Evening Star Building
1101 Pennsylvania Avenue, N.W.
Suite 300
Washington, D.C. 20004-7166
mgoldstein@swlaw.com

Alan Gura, Esquire
GURA PLLC
916 Prince Street, Suite 107
Alexandria, VA 22314
alan@gurapllc.com

VIA Email
Josh Blackman, Esquire
joshblackman@gmail.com

Douglas Gould, Esquire
dgould@gouldlawpa.com

/s/ Jonathan Scott Goldman
JONATHAN SCOTT GOLDMAN
Executive Deputy Attorney General

Date: July 30, 2018