# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

COMMONWEALTH OF
PENNSYLVANIA, GOVERNOR
TOM WOLF, ATTORNEY
GENERAL JOSH SHAPIRO, and
PENNSYLVANIA STATE POLICE,

     Plaintiffs,

  v.

DEFENSE DISTRIBUTED,
DEFCAD, GHOST GUNNER and
CODY WILSON,

     Defendants.

NO: 2:18-cv-03208-PD

## MOTION TO CORRECT THE DOCKET

Plaintiffs respectfully request that the Court correct the docket with respect to Documents 6 and 7 and, in support thereof, aver as follows:

1. Pursuant to the Court's July 30, 2018, Order *(Doc. 4)* and its procedures for filing Amended Complaints, on July 30, 2018, Plaintiffs filed a Motion for Preliminary Injunction *(Doc. 6)* by ECF and an Amended Complaint (*Doc. 7*) by emailing it to the Court.  Exhibits A through E *(Doc. 7-1)* were also emailed to the Court.

2.     In filing its Amended Complaint, Plaintiffs inadvertently submitted the wrong document to the Court (*Doc. 7)*.

3.     Attached hereto as Exhibit 1, is the document (with its Exhibit A) that Plaintiffs intended to submit as its Amended Complaint.  *See Exhibit 1.*

4.     Plaintiffs respectfully request that the attached Exhibit 1 be filed to the docket as Plaintiffs' Corrected Amended Complaint with Exhibit, replacing the document previously filed at *Doc 7* and Exhibit A from *Doc 7-1*.

5.     With the exception of Exhibit A, Plaintiffs intended for the remaining exhibits contained in *Doc. 7-1* to be attached to their Motion for Preliminary Injunction *(Doc. 6)* and incorporated therein and throughout by reference; exhibits B through E of *Doc. 7-1* more properly relate to Plaintiffs' Motion for Preliminary Injunction.  *(Doc. 6)*.

6.     To assist the Court, Plaintiffs reattach hereto as Exhibit 2, Exhibits B through E, which were originally filed with Plaintiffs' Amended Complaint and are contained within *Doc. 7-1*, redesignating them as Exhibits **_A_** through **_D_**.

7.      Plaintiffs respectfully request that the attached Exhibit 2 be filed to the docket as Exhibits *A* through *D* to Plaintiffs' Motion for Preliminary Injunction *(Doc 6)* with the notation that they are "incorporated within and throughout Plaintiffs' Motion for Preliminary Injunction by reference."

**Respectfully submitted,**

**JOSH SHAPIRO**
**Attorney General**

**By:**    *s/ Karen M. Romano*
           **KAREN M. ROMANO**
**Office of Attorney General**          **Senior Deputy Attorney General**
**15th Floor, Strawberry Square**       **Attorney ID 88848**

**Harrisburg, PA 17120**               **JONATHAN SCOTT GOLDMAN**
**Phone: (717) 787-2717**              **Executive Deputy Attorney General**
**kromano@attorneygeneral.gov**         **Attorney ID 93909**

**Date:  July 31, 2018**               *Counsel for Plaintiffs*

3

**CERTIFICATE OF SERVICE**

I, Karen M. Romano, Senior Deputy Attorney General, do hereby certify that

I caused the foregoing document to be served as follows:

VIA ECF
Douglas T. Gould, Esquire
BELLO, REILLEY, MCGRORY & DIPIPPO, P.C.
144 E. Dekalb Pike
Suite 300
King of Prussia, PA 19406

VIA Email and First Class U.S. Mail
Matthew A. Goldstein, Esquire
SNELL & WILMER
The Evening Star Building
1101 Pennsylvania Ave., N.W.
Suite 300
Washington, D.C. 20004-7166
mgoldstein@swlaw.com

Alan Gura, Esquire
GURA PLLC
916 Prince Street, Suite 107
Alexandria VA 22314
alan@gurapllc.com

VIA Email
Josh Blackman, Esquire
joshblackman@gmail.com

Date:  July 31, 2018                    /s/ Karen M. Romano
                                        KAREN M. ROMANO
                                        Senior Deputy Attorney General

4