

COMMONWEALTH OF PENNSYLVANIA
## OFFICE OF ATTORNEY GENERAL

JOSH SHAPIRO
ATTORNEY GENERAL

July 31, 2018

The Phoenix Building, 1600 Arch Street
Philadelphia, PA 19103
(215) 560-2940 (tel.)
(717) 772-4526 (fax)
skovatis@attorneygeneral.gov

*Via ECF*

The Honorable Paul S. Diamond
U.S. DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA
601 Market Street, Room 14614
Philadelphia, PA  19106

Re:    Sutton v. Dohman, et al.
       No. 14-cv-6008 (E.D. Pa.)

Dear Judge Diamond:

I write on behalf of all counsel in the above-captioned matter. Pursuant to the Court's request to schedule a hearing on the Motion for a Preliminary Injunction (ECF No. 6), all parties are available on Friday, August 3, 2018. Plaintiffs expect to call approximately five witnesses.

Respectfully submitted,

Stephen R. Kovatis
Senior Deputy Attorney General, Attorney-in-Charge

cc:    All counsel of record (via ECF)