IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

COMMONWEALTH OF PENNSYLVANIA, et al.,
        Plaintiffs,

v.

DEFENSE DISTRIBUTED, et al.,
        Defendants.

Civ. No. 18-3208

## O R D E R

**AND NOW**, this 31st day of July, 2018, upon consideration of Plaintiffs' Motion to Correct the Docket (Doc. No. 12), it is hereby **ORDERED** that Plaintiffs' Motion (Doc. No. 12) is **GRANTED** as follows:

1. The Clerk of Court shall **DOCKET** Plaintiffs' Corrected Amended Complaint (Doc. No. 12-1); and

2. The Clerk of Court shall **ATTACH** Exhibits A through D (Doc. No. 12-2) to Plaintiffs' Motion for Preliminary Injunction (Doc. No. 6). The Exhibits are incorporated within and throughout Plaintiffs' Motion for Preliminary Injunction by reference.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
_____
Paul S. Diamond, J.