# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, et al., : | |
| Plaintiffs, : | |
| v. : | Civ. No. 18-3208 |
| : | |
| DEFENSE DISTRIBUTED, et al., : | |
| Defendants. : | |

## O R D E R

On July 31, 2018, Judge Robert S. Lasnik of the Western District of Washington enjoined the Federal Government from revising regulations that, *inter alia*, prohibited Defendants from distributing the computer aided design files at issue in these proceedings. TRO, Washington v. United States Dep't of State, Civ. No. 18-1115 (W.D. Wa., July 31, 2018) (Doc. No. 23). Accordingly, the DEFCAD website is "devoid of the downloadable guns at issue." (Pls.' August 1, 2018 Letter at 4, Doc. No. 20.) A preliminary injunction hearing in the Washington litigation is scheduled for August 10, 2018. TRO at 7, Washington v. United States Dep't of State, Civ. No. 18-1115 (W.D. Wa., July 31, 2018) (Doc. No. 23)

**AND NOW**, this 2nd day of August, 2018, upon consideration of Defendants' August 1, 2018 Letter (Doc. No. 19) and Plaintiffs' August 1, 2018 Letter (Doc. No. 20), it is hereby **ORDERED** that at the conclusion of the Western District of Washington's preliminary injunction hearing, the Parties shall **FILE** a joint report on the status of that litigation. Defendants need not respond to Plaintiffs' Corrected Amended Complaint (Doc. No. 16) and Motion for Preliminary Injunction (Doc. No. 6) pending further Order of Court.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
_____
Paul S. Diamond, J.