IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

COMMONWEALTH OF
PENNSYLVANIA, et al.,
    Plaintiffs,

v.

DEFENSE DISTRIBUTED, et al.,
    Defendants

Civ. No. 18-3208

## JOINT REPORT OF COUNSEL

Plaintiffs and Defendants hereby submit the following Joint Report as follows:

1. In the matter of <u>Washington v. United States Dep't of State</u>, Civ. No. 18-1115 (W.D. Wa., July 31, 2018), an Agreed Order was entered on August 3, 2018. The Agreed Order:

    a. continued the preliminary injunction hearing from August 10, 2018 until August 21, 2018; and

    b. maintained the temporary restraining order in effect until August 28, 2018. A copy of the Agreed Order is attached hereto as Exhibit "A".

_____
Jonathan Scott Goldman, Esq.
Lead Counsel for Plaintiffs

_____
Douglas T. Gould, Esq.
Counsel for Defendants