EXHIBIT A

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

STATE OF WASHINGTON, *et al.*,

Plaintiffs,

v.

UNITED STATES DEPARTMENT OF
STATE, *et al.*,

Defendants.

NO. C18-1115RSL

ORDER RESCHEDULING
PRELIMINARY INJUNCTION
HEARING, ESTABLISHING
BRIEFING SCHEDULE, AND
EXTENDING TEMPORARY
RESTRAINING ORDER

The parties have agreed, and the Court hereby ORDERS, that:

(1) The preliminary injunction hearing in this matter is rescheduled to Tuesday, August 21, 2018, at 9:00 a.m. in Courtroom 15106.

(2) Plaintiffs' submission in support of a preliminary injunction, if any, shall be filed on or before August 9th; defendants' oppositions shall be filed on or before August 15th; and plaintiffs' reply shall be filed no later than noon on August 17th.

(3) The temporary restraining order will remain in effect until August 28, 2018.

Dated this 3rd day of August, 2018.

*Mnt S Lasnik*

Robert S. Lasnik
United States District Judge