IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, et al., : | |
| : | |
| Plaintiffs, : | |
| : | Civ. No. 18-3208 |
| v. : | |
| : | |
| DEFENSE DISTRIBUTED, et al., : | |
| : | |
| Defendants. : | |

## JOINT REPORT OF COUNSEL

Plaintiffs and Defendants hereby submit the following Joint Report as follows:

1. In the matter of <u>Washington v. United States Dep't of State</u>, No. 18-1115 (W.D. Wash.), a hearing on Plaintiffs' request for a preliminary injunction was held on August 21, 2018. The court did not issue a ruling at the hearing. The court stated the intent to issue an order on Plaintiffs' request for a preliminary injunction on or about Monday, August 27, 2018.

2. The temporary restraining order initially entered remains in effect until August 28, 2018.

<u>/s/ Jonathan Scott Goldman</u>
Jonathan Scott Goldman, Esq.
Counsel for Plaintiffs

<u>/s/ Douglas T. Gould, Esq.</u>
Douglas T. Gould, Esq.
Counsel for Defendants