### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **COMMONWEALTH OF** | : | |
| **PENNSYLVANIA, et al.,** | : | |
| **Plaintiffs,** | : | |
| **v.** | : | **Civ. No. 18-3208** |
| | : | |
| **DEFENSE DISTRIBUTED, et al.,** | : | |
| **Defendants.** | : | |

## O R D E R

**AND NOW**, this 27th day of August, 2018, it is hereby **ORDERED** that the **CLERK OF COURT** shall **PLACE** the above-captioned matter in the Civil Suspense Docket, and **MARK** the case as closed for statistical purposes pending the outcome of proceedings related to Defendants in *Washington v. United States Dep't of State*, Civ. No. 18-1115 (W.D. Wash. filed July 30, 2018).

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*

_____

Paul S. Diamond, J.