# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, et al., : <br> Plaintiffs, : <br> v. : <br> : <br> DEFENSE DISTRIBUTED, et al., : <br> Defendants. : | Civ. No. 18-3208 |

## O R D E R

**AND NOW**, this 19th day of February, 2019, upon consideration of Plaintiffs' Motion for Preliminary Injunction (Doc. No. 6), and upon review of the docket in the above-captioned matter, it is hereby **ORDERED** that Plaintiffs' Motion (Doc. No. 6) is **DENIED without prejudice**.

**AND IT IS SO ORDERED**.

*/s/ Paul S. Diamond*
_____
Paul S. Diamond, J.