# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, GOVERNOR TOM WOLF, ATTORNEY GENERAL JOSH SHAPIRO, and PENNSYLVANIA STATE POLICE,<br><br>*Plaintiffs*,<br><br>v.<br><br>DEFENSE DISTRIBUTED, DEFCAD, GHOST GUNNER and CODY WILSON,<br><br>*Defendants*. | No. 2:18-cv-03208-PD |

## Entry of Appearance and Withdrawal of Appearance

**I.  Entry of Appearance: Charles O. Beckley, II.**

Please enter my appearance as counsel of record for all of the defendants in this action. This appearance is being entered in conjunction with the withdrawal of Douglas T. Gould as counsel of record for all of the defendants in this action.

Date: January 8, 2020.                              Respectfully submitted,

/s/ Charles O. Beckley, II
**BECKLEY & MADDEN, LLC**
212 North Third Street, Suite 301
P. O. Box 11998
Harrisburg, Pennsylvania 17108
(717) 233-7691
*cbeckley@pa.net*

Counsel for Defendants

## II.     Withdrawal of Appearance: Douglas Gould.

Please notice that I have become associated with a new law firm as indicated below, and please withdraw my appearance as counsel of record for all of the defendants in this action. This withdrawal is being entered in conjunction with the appearance of Charles O. Beckley, II, as counsel of record for all of the defendants in this action.

Date: January 8, 2020.                                   Respectfully submitted,

/s/ Douglas Gould
**LINDE LAW GROUP**
12693 New Brittany Blvd.
Fort Myers, FL 33907
(239) 939-7100
*dgould@lindelawgroup.com*

Counsel for Defendants

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of January, 2020, a copy of the foregoing Entry and Withdrawal of Appearance was served on all Counsel of record via the Court's CM/ECF system.

/s/ Charles O. Beckley, II
**BECKLEY & MADDEN, LLC**
212 North Third Street, Suite 301
P. O. Box 11998
Harrisburg, PA  17108-1998
(717) 233-7691 (Telephone)
(717) 233-3740 (Facsimile)
*cbeckley@pa.net*