UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, GOVERNOR TOM WOLF, ATTORNEY GENERAL JOSH SHAPIRO, and PENNSYLVANIA STATE POLICE,<br><br>*Plaintiffs*,<br><br>v.<br><br>DEFENSE DISTRIBUTED, DEFCAD, GHOST GUNNER and CODY WILSON,<br><br>*Defendants*. | No. 2:18-cv-03208-PD |

## ORDER

AND NOW, this _____ day of _____, 2020, it is hereby ORDERED that the application of Charles ("Chad") Flores, Esquire, to practice in this Court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐ GRANTED.

☐ DENIED.

                                                                                                                                _____

                                                                                                                               Judge Paul S. Diamond

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, GOVERNOR TOM WOLF, ATTORNEY GENERAL JOSH SHAPIRO, and PENNSYLVANIA STATE POLICE,<br><br>*Plaintiffs*,<br><br>v.<br><br>DEFENSE DISTRIBUTED, DEFCAD, GHOST GUNNER and CODY WILSON,<br><br>*Defendants*. | No. 2:18-cv-03208-PD |

## APPLICATION TO PRACTICE PURSUANT TO LOCAL RULE 83.5.2(b)

### I.   Applicant's Statement

I, Charles ("Chad") Flores, the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting payment of the $40.00 admission fee.

I am currently admitted to practice in the following state jurisdiction:

| Jurisdiction | Admission Date | Identification Number |
|---|---|---|
| Texas | 11/02/2007 | 24059759 |

I am currently admitted to practice in the following federal jurisdictions:

| Jurisdiction | Admission Date | Identification Number |
|---|---|---|
| Supreme Court of the United States | 02/21/2012 | N/A |

| Court | Date | |
|---|---|---|
| United States Court of Appeals for the Third Circuit | 08/28/2018 | N/A |
| United States Court of Appeals for the Fourth Circuit | 09/28/2017 | N/A |
| United States Court of Appeals for the Fifth Circuit | 02/24/2010 | N/A |
| United States Court of Appeals for the Ninth Circuit | 05/02/2017 | N/A |
| United States District Court for the Southern District of Texas | 05/06/2010 | N/A |
| United States District Court for the Northern District of Texas | 08/10/2016 | N/A |
| United States District Court for the Eastern District of Texas | 06/08/2015 | N/A |

I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this Court uprightly and according to law, and that I will support and defend the Constitution of the United States. I am entering my appearance for Defense Distributed, Defcad, Ghost Gunner, and Cody Wilson.

January 7, 2020

APPLICANT'S FIRM NAME / ADDRESS / TELEPHONE NUMBER:

Beck Redden LLP
Chad Flores
cflores@beckredden.com
1221 McKinney Street, Suite 4500
Houston, Texas 77010
(713) 951-3700

Sworn and subscribed before me this 7th day of January, 2020.

Notary Public



JESSICA CHRISTINE JACKSON
Notary Public, State of Texas
Comm. Expires 12-11-2020
Notary ID 128230296

## II.     Sponsor's Statement, Motion, and Certificate of Service

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the abovereferenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| Charles O. Beckley, II | *[signature]* | January 23, 2006 | 47564 |
|---|---|---|---|
| Sponsor's Name | Signature | Admission Date | Identification Number |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

> Beckley & Madden LLC
> Charles O. Beckley, II, Esquire
> 212 North Third Street, Suite 301
> P. O. Box 11998
> Harrisburg, Pennsylvania 17108-1998
> (717) 233-7691

Sworn and subscribed before me this 8th day of January, 2020.

*[signature]*
Notary Public

Commonwealth of Pennsylvania - Notary Seal
MICHELLE ANN MCGROARY - Notary Public
Dauphin County
My Commission Expires Oct 4, 2023
Commission Number 1358397

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of January, 2020, a copy of the foregoing Application to Practice Pursuant to Local Rule 83.5.2(b) of Charles Flores, Esquire, was served on all Counsel of record via the Court's CM/ECF system.

/s/ Charles O. Beckley, II
**BECKLEY & MADDEN, LLC**
212 North Third Street, Suite 301
P. O. Box 11998
Harrisburg, PA  17108-1998
(717) 233-7691 (Telephone)
(717) 233-3740 (Facsimile)
cbeckley@pa.net