**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **COMMONWEALTH OF PENNSYLVANIA et al.,** : | | |
| Plaintiffs, : | | |
| : | | |
| v. : | Civ. No. 18-3208 | |
| : | | |
| **DEFENSE DISTRIBUTED et al.,** : | | |
| Defendants. : | | |

**O R D E R**

**AND NOW**, this 15th day of January, 2020, it is hereby **ORDERED** that Defendant Defense Distributed's Application for Admission *Pro Hac Vice* of Charles Flores, Esquire (Doc. No. 30) is **GRANTED**.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
_____
Paul S. Diamond, J.