United States District Court
WESTERN DISTRICT OF WASHINGTON

STATE OF WASHINGTON, *et al.*,

JUDGMENT IN A CIVIL CASE

v.

UNITED STATES DEPARTMENT OF
STATE, *et al.*

CASE NUMBER: C18-1115RSL

___ **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court**.  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

Plaintiffs' motion for summary judgment is GRANTED in part and DENIED in part.
The July 27, 2018, "Temporary Modification of Category I of the United States Munitions List" and letter to Cody R. Wilson, Defense Distributed, and the Second Amendment Foundation were unlawful and are hereby VACATED. Defendants' motions for summary judgment are DENIED.

November 15, 2019                                     William M. McCool
                                                                            Clerk


                                                       /s/Kerry Simonds
                                                       By, Deputy Clerk