The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

STATE OF WASHINGTON, et al.

       Plaintiffs,

v.

UNITED STATES DEPARTMENT OF STATE, et al.,

       Defendants.

No. 2:18-cv-01115-RSL

**DEFENSE DISTRIBUTED'S NOTICE OF APPEAL**

**Defense Distributed's Notice of Appeal**

Defense Distributed appeals to the United States Court of Appeals for the Ninth Circuit from the "Judgment in a Civil Case" entered as Document 193 on November 15, 2019.

Date: January 14, 2020.

Respectfully submitted,

BECK REDDEN LLP
/s/Charles Flores
Charles Flores
cflores@beckredden.com
Beck Redden LLP
1221 McKinney, Suite 4500
Houston, TX 77010
(713) 951-3700
*Admitted Pro Hac Vice

FARHANG & MEDCOFF
Matthew Goldstein
4801 E. Broadway Blvd., Suite 311
Tucson, AZ 85711
(202) 550-0040
mgoldstein@farhangmedcoff.com
*Admitted Pro Hac Vice

ARD LAW GROUP PLLC
Joel B. Ard, WSBA # 40104
joel@ard.law
Ard Law Group PLLC
P.O. Box 11633
Bainbridge Island, WA 98110
(206) 701-9243

Attorneys for Defendant
Defense Distributed

Defense Distributed's Notice of Appeal
No 2:18-cv-01115-RSL

- 1 -

Beck Redden LLP
1221 McKinney Street, Suite 4500
Houston, Texas 77010
(713) 951-3700

**CERTIFICATE OF SERVICE**

I certify that on January 14, 2020, I used the CM/ECF system to file this document with the Clerk of the Court and serve it upon all counsel of record.

/s/Charles Flores
Charles Flores
cflores@beckredden.com
Beck Redden LLP
1221 McKinney, Suite 4500
Houston, TX 77010
(713) 951-3700
*Admitted Pro Hac Vice

Attorney for Defendant
Defense Distributed

Defense Distributed's Notice of Appeal
No 2:18-cv-01115-RSL

\- 2 -

Beck Redden LLP
1221 McKinney Street, Suite 4500
Houston, Texas 77010
(713) 951-3700