The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, et al. | No. 2:18-cv-01115-RSL |
| Plaintiffs, | |
| v. | **NOTICE OF APPEAL** |
| UNITED STATES DEPARTMENT OF STATE, et al., | |
| Defendants. | |

**Notice of Appeal**

The Second Amendment Foundation and Conn Williamson appeal to the United States Court of Appeals for the Ninth Circuit from the "Judgment in a Civil Case" entered as Document 193 on November 15, 2019.

Date: January 27, 2020.

Respectfully submitted,

FARHANG & MEDCOFF
/s/ Matthew Goldstein
Matthew Goldstein
4801 E. Broadway Blvd., Suite 311
Tucson, AZ 85711
(520) 214-2000
mgoldstein@farhangmedcoff.com
*Admitted Pro Hac Vice

ARD LAW GROUP PLLC
/s/ Joel Ard (w/permission)
Joel B. Ard, WSBA # 40104
joel@ard.law
Ard Law Group PLLC
P.O. Box 11633
Bainbridge Island, WA 98110
(206) 701-9243

Attorneys for the Second Amendment Foundation, Inc., and Conn Williamson

Notice of Appeal
No 2:18-cv-01115-RSL

- 1 -

FARHANG & MEDCOFF
4801 E. Broadway Blvd., Suite 311
Tucson, Arizona 85711
(520) 214-2000

## CERTIFICATE OF SERVICE

I certify that on January 27, 2020, I used the CM/ECF system to file this document with the Clerk of the Court and serve it upon all counsel of record.

FARHANG & MEDCOFF
/s/ Matthew Goldstein
Matthew Goldstein
4801 E. Broadway Blvd., Suite 311
Tucson, AZ 85711
(520) 214-2000
mgoldstein@farhangmedcoff.com
*Admitted Pro Hac Vice

ARD LAW GROUP PLLC
/s/ Joel Ard (w/permission)
Joel B. Ard, WSBA # 40104
joel@ard.law
Ard Law Group PLLC
P.O. Box 11633
Bainbridge Island, WA 98110
(206) 701-9243

Attorneys for the Second Amendment
Foundation, Inc., and Conn Williamson

Notice of Appeal
No 2:18-cv-01115-RSL

- 2 -

FARHANG & MEDCOFF
4801 E. Broadway Blvd., Suite 311
Tucson, Arizona 85711
(520) 214-2000