**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

COMMONWEALTH OF
PENNSYLVANIA, et al.
    Plaintiffs,

  v.        No. 2:18-cv-03208-PD

DEFENSE DISTRIBUTED, et al.,
    Defendants.

**ORDER**

 **AND NOW**, this \_\_\_th day of March, 2020, Defendants' Motion to Reinstate is hereby granted. It is hereby ORDERED that the Clerk of Court shall remove the above-captioned matter from the Civil Suspense Docket and reinstate it to active status immediately.

         **AND IT IS SO ORDERED.**

         _____

         Paul S. Diamond, J.