IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DEFENSE DISTRIBUTED *et al.*,<br><br>Defendants. | No. 2:18-cv-03208-PD |

### NOTICE OF VOLUNTARY DISMISSAL

Plaintiffs Commonwealth of Pennsylvania, Governor Tom Wolf, Attorney General Josh Shapiro, and the Pennsylvania State Police voluntarily dismiss this action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Under that rule, a plaintiff may dismiss an action without a court order by filing a notice "before the opposing party serves either an answer or a motion for summary judgment," as is the case here. *See id.*[1]

January 13, 2021

Respectfully submitted,

JOSH SHAPIRO
Attorney General
Commonwealth of Pennsylvania

 /s/ Michael J. Fischer
MICHAEL J. FISCHER
Chief Deputy Attorney General
JACOB BOYER
Deputy Attorney General
Office of Attorney General

---

[1] Plaintiffs take this action in light of the Ninth Circuit's dismissal of Defendant Defense Distributed's appeal in *Washington v. U.S. Dep't of State*, *see* ECF No. 30, Case No. 20-35391 (9th Cir. July 21, 2020), *petition for rehearing en banc denied*, ECF No. 32 (Jan. 5, 2021), as well as the incoming administration's announced intention to reverse the regulations giving rise to *Washington* and this litigation.

Notice of Voluntary Dismissal
*PA v. Defense Distributed*

*Signature Block Continued*

1600 Arch Street
Suite 300
Philadelphia, PA 19103
(215) 560-2171
mfischer@attorneygeneral.gov

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on January 13, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. Service will be accomplished via operation of the CM/ECF system on participants in the case who are registered CM/ECF users and by first-class mail on the following:

>HANNAH ROBLYER
>BECK REDDEN LLP
>1221 MCKINNEY ST SUITE 4500
>HOUSTON, TX 77010
>
>JOSH BLACKMAN
>1303 SAN JACINTO ST
>HOUSTON, TX 77002

/s Michael J. Fischer
Michael J. Fischer
Chief Deputy Attorney General