# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **COMMONWEALTH OF PENNSYLVANIA ET AL.** | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | Civ. No. 18-3208 |
| | : | |
| **DEFENSE DISTRIBUTED ET AL.** | : | |
| Defendants. | : | |
| | : | |

## O R D E R

**AND NOW**, this 26th day of October, 2023, it having been reported that Plaintiffs voluntarily dismiss this action under Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, it is hereby **ORDERED** that the above action is **DISMISSED**. The Clerk of Court **SHALL** remove this Case from Suspense and close this Case.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
Paul S. Diamond, J.